```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YENSY CONTRERAS, Individually, and On
Behalf of All Others Similarly Situated,

                             Plaintiff,

-against-

SIMPLY FRAMED, L.L.C.,

                            Defendant.
-------------------------------------------------------------X

22-CV-129 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 3, 2022, Defendant filed a motion to dismiss, *see* Dkt. 7;

       WHEREAS on February 18, 2022, Plaintiff informed the Court of her intent to amend her complaint by February 24, 2022, *see* Dkt. 9; and

       WHEREAS on February 24, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 10;

       IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot. Not later than **March 18, 2022**, Defendant must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

       The Clerk of Court is respectfully directed to terminate the open motion at docket entry 7.

**SO ORDERED.**

**Date: February 25, 2022**
**New York, New York**

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**